NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In re: JOY TEA INC.,**
*Appellant*

---

2022-1041

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 88640009.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

September 21, 2022
　　　Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** September 21, 2022